TERMED

# U.S. District Court
## United States District Court for the Southern District of Iowa (Central)
## CIVIL DOCKET FOR CASE #: 4:07-cv-00096-JAJ-RAW
### Internal Use Only

Northway v AU Optronics Corp., et al
Assigned to: Judge John A. Jarvey
Referred to: Magistrate Judge Ross A. Walters
Demand: $5,000,000
Cause: 15:1 Antitrust Litigation

Date Filed: 03/05/2007
Date Terminated: 06/04/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Benjamin G Northway**
*on behalf of himself and all others*
*similarly situated in the State of Iowa*

represented by **Justin E LaVan**
LaMarca & Landry P.C.
1820 NW 118th Street
Suite 200
Des Moines, IA 50325
515 225 2600
Fax: 515 225 8581
Email: justin@lamarcalandry.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Au Optronics, Corp.**

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tues, Ltd.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**ECF**
**CERTIFICATION**
I DO HEREBY ATTEST AND CERTIFY THIS IS
A TRUE AND FULL COPY OF A DOCUMENT
WHICH IS PART OF THE ELECTRONIC CASE
FILE MAINTAINED BY THE U.S. DISTRICT COURT.

DATE: 6/4/07
MARJORIE E. KRAHN, CLERK
BY: _____
DEPUTY CLERK

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi Ltd**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**Idtech Co., Ltd.**

**Defendant**

**Idtech USA, Inc.**

**Defendant**

**IPS Alpha Technology, Ltd.**

**Defendant**

**Lg. Phillips LCD Co., Ltd.**

**Defendant**

**Lg. Philips LCD America, Inc.**                represented by **Angela Ellen Dralle**
                                                                Dorsey & Whitney
                                                                801 Grand Avenue
                                                                Suite 3900
                                                                Des Moines, IA 50309
                                                                515 283 1000
                                                                Fax: 515 283 1060
                                                                Email: dralle.angela@dorsey.com
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Matsushita Electric Industrial Co., Ltd.**

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc**

**Defendant**
**NEC Electronics America, Inc.**

**Defendant**
**NEC LCD Technologies, Ltd.**

**Defendant**
**Samsung Electronics Company, Ltd.**

**Defendant**
**Samsung Electronics America, Inc.**

**Defendant**
**Sanyo Electric Co., Ltd.**

**Defendant**
**Sanyo North America Corporation**

**Defendant**
**Epson Imaging Devices Corporation**

**Defendant**
**Seiko Epson Corporation**

**Defendant**
**Epson America, Inc.**

**Defendant**
**Epson Electronics America, Inc.**

**Defendant**
**Sharp Corporation**

**Defendant**
**Sharp Electronics Corporation**

**Defendant**
**S-LCD Corporation**

**Defendant**
**Syntax-Brillian Corp.**

**Defendant**
**Toshiba Corporation**

**Defendant**

**Toshiba America, Inc.**

**Defendant**

**Toshiba Matsushita Display
Technology Co., Ltd.**

**Defendant**

**NEC Electronics Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2007 | 9 | Letter from Northern District of California MDL 07-1827, No objections filed case to be transferred. (Attachments: # 1 MDL transfer order) (don, ) (Entered: 06/04/2007) |
| 05/15/2007 | 8 | Letter from MDL panel clerk to clerk of Northern District of CA case MDL 1827 In Re TFT-LCD (Flat Panel) Antitrust Litigation with copy of transfer order (Attachments: # 1 MDL Order) (ljf, ) (Entered: 05/15/2007) |
| 04/24/2007 | 7 | Letter from deputy clerk to MDL Panel regarding potential tag-a-long to MDL 1827 TFT-LCD(Flat Panel) Antitrust Litigation (ljf, ) (Entered: 04/24/2007) |
| 04/17/2007 | 6 | Corporate Disclosure/Statement of Interest by Lg. Philips LCD America, Inc. identifying LG.Philips LCD Co., Ltd. as Corporate Parent.. (Dralle, Angela) (Entered: 04/17/2007) |
| 04/17/2007 | 5 | WAIVER OF SERVICE Returned Executed by Lg. Philips LCD America, Inc.. (Dralle, Angela) (Entered: 04/17/2007) |
| 04/16/2007 | 4 | ORDER granting 3 Stipulation for Extension of Time to respond to Complaint. The time for "LPL America" to respond to the Complaint is extended until the earliest of the following dates: (1) 45 days after the filing of a Consolidated Amended complaint in the LCD Cases; (2) 45 days after plaintiff provides a written notice to LPL America that he does not intend to file a Consolidated Amended Complaint; or (3) as ordered by the MDL transferee court. See order for other particulars. Signed by Judge Ross A. Walters on 4/13/2007. (nsr) (Entered: 04/16/2007) |
| 04/13/2007 | 3 | STIPULATION re 1 Complaint *Extension of Time to Respond* by Lg. Philips LCD America, Inc.. (Attachments: # 1 Text of Proposed Order)(Dralle, Angela) (Entered: 04/13/2007) |
| 03/13/2007 | 2 | REASSIGNMENT NOTICE. (jm) (Entered: 03/13/2007) |
| 03/13/2007 | | Judge John A. Jarvey added. Judge Ronald E. Longstaff no longer assigned to case. (jm) (Entered: 03/13/2007) |
| 03/06/2007 | 1 | COMPLAINT against all defendants Filing fee paid in the amount of $ 350., filed by BENJAMIN G NORTHWAY. Notice of Dismissal for lack of Service deadline set for 7/5/2007.(LaVan, Justin) (Entered: 03/06/2007) |

| 03/06/2007 | ● | Judge Ronald E. Longstaff and Ross A. Walters added. (rmj) (Entered: 03/06/2007) |