1  LINGEL H. WINTERS, ESQ. (SBN 37759)
   LAW OFFICES OF LINGEL H. WINTERS
2  A PROFESSIONAL CORPORATION
   One Maritime Plaza, Suite 400
3  San Francisco, CA  94111
   Telephone:     (415) 398-2941
4  Facsimile:     (415) 393-9887

5  GIRARDI & KEESE
   THOMAS V. GIRARDI (SBN 36603)
6  1126 Wilshire Blvd.
   Los Angeles, CA  90017-1904
7  Telephone (213) 977-0211

8  Attorneys for Plaintiff and the Putative Class

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12                                          MDL No. M:07-cv-01827 SI
13 IN RE TFT-LCD (FLAT
   PANEL)ANTITRUST LITIGATION            Case No. 07-cv-2796 SI
14 _____
                                          CLASS ACTION
15
   EMW, Inc. v. LG Philips LCD CO., LTD et al.   ORDER SHORTENING TIME
16 Case No. C-07-2796 SI
                                          Date: July 10, 2007
17 THIS DOCUMENT RELATES TO              Time: 10:00 a.m.

18 ALL INDIRECT PURCHASER ACTIONS        Hon. Susan Illston
                                          Courtroom: 10
19 _____

20

21 Upon reviewing and considering the Motion for Order Shortening Time of plaintiff EMW, Inc.

22 filed herein, time is hereby ordered shortened for the Court to hear plaintiff's

23 Motion to Appoint Interim Class Counsel For the California Indirect Purchasers Subgroup on

24 July 10, 2007 at 10:00 a.m.

25 Dated:_____2007

26                                        _____

27                                             Hon. Susan Illston

28                                        UNITED STATES DISTRICT COURT

                                  4